IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIE MUNN;
MARY ELIZA MUNN                                                              PLAINTIFFS

v.                    Civil No. 4:15-cv-04072

CRISSY HUNT, Parole Officer;
CASEY PARKER, Nashville Police
Department; JAILER DUSTIN
WAKEFIELD; JOE KUHN, Area
Supervisor; ASHLEY VAILES,
Parole Hearing Judge; and the
ARKANSAS PAROLE BOARD
& GOVERNMENT                                                                 DEFENDANTS

## ORDER

Pending before me for decision are four Motions to Supplement the Complaint (ECF Nos. 8-11).  On October 27, 2015, a report and recommendation was entered (ECF No. 12) recommending dismissal of the case on the basis of the three strikes rule.  An exception for the three strikes rule exists when a prisoner alleges that he is in imminent danger at the time of filing.  The Court has reviewed the proposed supplements.  No such allegations appear in them.  In fact, the proposed supplements are merely restatements of the original complaint with citation to relevant law.

The Motions to Supplement (ECF Nos. 8-11) are **DENIED.**

IT IS SO ORDERED this 7th day of January 2016.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE