IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIE MUNN and
MARY ELIZA MUNN                                                                      PLAINTIFF

v.                                       Civil No. 4:15-cv-04072

CRISSY HUNT; CASEY PARKER;
JAILER DUSTIN WAKEFIELD;
JOE KUHN; ASHLEY VAILES; and
ARKANSAS PAROLE BOARD & GOVERNMENT                                  DEFENDANTS

## ORDER

On October 27, 2015 this Court entered a Report and Recommendation of the Magistrate Judge dismissing Plaintiff's Complaint based on the accumulation of three strikes in cases filed in this district and the Eastern District of Arkansas.  ECF No. 12.  One of the cases cited as a strike against Plaintiff was *Munn v. Martin,* Civil No. 4:11-cv-04084 (W.D. Ark. Sep. 24, 2012).  It has come to the Court's attention the Eighth Circuit Court of Appeals clarified this Court's Judgment in *Munn v. Martin* so the dismissal of the action did not count as a "strike" under 28 U.S.C. § 1915(g).  ECF No. 59 in *Munn v. Martin,* Civil No. 4:11-cv-04084.

Accordingly, the Report and Recommendation of the Magistrate Judge (ECF No. 12) is hereby **WITHDRAWN.**  The Court will review Plaintiff's Complaint in this matter pursuant to the preservice screening requirements under the Prison Litigation Reform Act and issue an order at a later date.

**DATED this 14th day of April 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE