IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIE MUNN and
MARY ELIZA MUNN[1]                                                      PLAINTIFFS

v.                              Case No. 4:15-cr-4072

CRISSY HUNT; CASEY PARKER;
JAILER DUSTIN WAKEFIELD;
JOE KUHN, ASHLEY VAILES; and
ARKANSAS PAROLE BOARD & GOVERNMENT                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 12, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 26. Judge Bryant recommends that Plaintiff's complaint and supplement (ECF Nos. 1, 7) be dismissed.

Plaintiff has responded with objections, and the Court has reviewed the objections. ECF No. 28. The Court, being well and sufficiently advised, finds that Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation.[2] After reviewing the record *de novo*, the Court adopts the Report and Recommendation *in toto*.

Accordingly, Plaintiff's claims against all Defendants are **DISMISSED**. The dismissal shall be counted as a strike for purposes of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED**, this 5th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Eliza Munn appears to be Plaintiff's mother. Plaintiff, as a *pro se* litigant, may not sue on behalf of his mother. *See* 28 U.S.C. § 1654; *see also Steele v. City of Bemidji*, 257 F.3d 902, 905 (8th Cir. 2001) (a non-lawyer may not represent another person or entity in federal court).

[2] The Court notes that Plaintiff's objections do not address the magistrate judge's findings that Plaintiff does not have a constitutionally protected liberty interest in the possibility of parole, that Plaintiff may not use the civil rights statutes as substitute for *habeas corpus* relief, and that Defendants Hunt, Vailes, and the Arkansas Parole Board & Government are immune from suit.